**EXHIBIT 2:** INFRINGEMENTS #1-2

URL: https://www.thedailybeast.com/trumps-pet-eating-conspiracy-upends-life-in-springfield-ohio


**EXHIBIT 2:** INFRINGEMENT #3

URL: https://www.thedailybeast.com/trumps-pet-eating-conspiracy-upends-life-in-springfield-ohio



**EXHIBIT 2:** INFRINGEMENT #4
URL: https://www.thedailybeast.com/luigi-mangione-arrives-at-pennsylvania-courthouse-as-protesters-assemble-outside/


